FILED
2008 OCT 20 PM 4:0⋅
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:             No CV-08-80165 MISC VRW

Cheryl Parkinson Martinsen,

                           ORDER

     State Bar No 104678

_____/

       On August 27, 2008, the court issued an order to show cause (OSC) why Cheryl Parkinson Martinsen should not be removed from the roll of attorneys authorized to practice law before this court, based on her enrollment, effective May 22, 2008 as an inactive member of the State Bar pursuant to section 6007 of the Business & Professions Code. Ms Martinsen has filed no response to the OSC.

       The court now orders Cheryl Parkinson Martinsen removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

       IT IS SO ORDERED.

**VAUGHN R WALKER**
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Cheryl Parkinson Martinsen,

_____/

Case Number: CV08-80165VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cheryl Parkinson Martinsen
2127 Kawana Springs Road, #4102
Santa Rosa, CA 95404

Dated: October 20, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*